1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHAWN DUNBAR,                          No.  2:25-cv-1326 CKD P

12                  Plaintiff,

13         v.                                ORDER

14    SACRAMENTO COUNTY MAIN JAIL,
      et al.,
15
                   Defendants.
16

17         Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to

18    42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

19    28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account

20    statement for the six month period immediately preceding the filing of the complaint.  See

21    28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of

22    his inmate trust account statement.

23    ////

24    ////

25    ////

26    ////

27    ////

28    ////

                                                  1

1        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

2    within thirty days from the date of this order, a certified copy of his inmate trust account

3    statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

4    failure to comply with this order will result in a recommendation that this action be dismissed

5    without prejudice.

6    Dated:  May 14, 2025

7    _____
     CAROLYN K. DELANEY

8    UNITED STATES MAGISTRATE JUDGE

9

10

11    1/ks
      dunb1326.3c.new

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2