UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DUNBAR,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY MAIN JAIL, et al.,<br>Defendants. | No. 2:25-cv-1326 CKD P<br><br><u>ORDER AND</u><br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

Defendant Luca has filed a motion asking that this matter be stayed pending resolution of a state court action involving claims similar to the claim remaining in this action. Plaintiff has not opposed the motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline established in the court's February 6, 2026, order for the filing of pretrial motions is vacated; and
2. The Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that:

1. Defendant's motion for a stay (ECF No. 21) be GRANTED;
2. This action be stayed; and
3. The Clerk of the Court be directed to administratively close this case.

/////

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 31, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dunb1326.sty