UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DUNBAR,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY MAIN JAIL, et al,<br>Defendants. | No. 2:25-cv-1326-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 21, 23) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 23. Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 23) are ADOPTED;

2. Defendant's motion for a stay this case pending resolution of Plaintiff's pending state court proceedings (ECF No. 21) is GRANTED;

3. This action is STAYED pending resolution of Plaintiff's pending proceedings in the Sacramento County Superior Court, Case No. 25CV006693;

4. The parties shall file a status report within 90 days of the date of entry of this order, and every 90 days thereafter, to inform the court as to the status of Plaintiff's state court case (No. 25CV006693) and whether this action should remain stayed; and

5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Dena Coggins
United States District Judge